451 A.2d 442

In re Contest of FIFTH CLASS ELECTION FOR TAX COLLECTOR OF WASHINGTON TOWNSHIP, CLARION COUNTY, PENNSYLVANIA. NOVEMBER 3, 1981.

Appeal of Rodger E. LENHART, et al.

Supreme Court of Pennsylvania.

Argued Sept. 20, 1982.

Decided Oct. 29, 1982.

James G. Arner, Clarion, for appellants.

William M. Kern, New Bethlehem, for Germaine I. O'Connor.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Order affirmed.